United States District Court
Southern District of Texas
FILED

MAY - 5 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-15-402 |
| ELIAS OSEGUERA-CERVANTES | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about April 14, 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ELIAS OSEGUERA-CERVANTES,**

an alien who had previously been denied admission, excluded, deported, and removed, after having been convicted of a felony, knowingly and unlawfully was present in the United States having been found in Kenedy County, Texas, the said defendant having not obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Section 1326(a) and 1326(b)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Oscar Ponce
Assistant United States Attorney